**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **DANIEL F. EBBEN and** | ) |
| **TAKEENA WASHINGTON,** | ) |
| | ) Case No.: 1:17-cv-01819-TWP-MPB |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **SHANE G. INC., d/b/a** | ) |
| **THE LIVING ROOM LOUNGE,** | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW**, Plaintifs Daniel F. Ebben and Takeena Washington, by counsel, Andrea L. Ciobanu of CIOBANU LAW, P.C. and Defendant Shane G. Inc., d/b/a The Living Room Lounge, by counsel, Michael E. Walschlager of Metzger Rosta LLP, and hereby stipulate and agree that the within action is dismissed with prejudice against all Defendants, the same having been fully compromised and settled.

| | |
|---|---|
| _s/ Andrea L. Ciobanu_____ | _s/ Michael E. Walschlager_____ |
| Andrea L. Ciobanu, #28942-49 | Michael E. Walschlager, #18463-49 |
| CIOBANU LAW, P.C. | Metzger Rosta LLP |
| 902 E. 66th Street | 32 South 9th Street |
| Indianapolis, IN 46220 | Noblesville, IN 46060 |

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2019, a copy of this document was filed electronically. Service of this filing will be made on all ECG-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Thomas E. Rosta
Michael E. Walschlager
Metzger Rosta LLP
32 South 9th Street
Noblesville, IN 46060

                                                  _s/ Andrea L. Ciobanu_____
                                                  Andrea L. Ciobanu, #28942-49
                                                  CIOBANU LAW, P.C.
                                                  902 E. 66th Street
                                                  Indianapolis, IN 46220
                                                  Telephone: (317) 495-1090
                                                  Facsimile: (866) 841-2071
                                                  Email: aciobanu@ciobanulaw.com