# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **DANIEL F. EBBEN** and **TAKEENA WASHINGTON,** | ) ) ) Case No.: 1:17-cv-01819-TWP-MPB |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **SHANE G. INC., d/b/a THE LIVING ROOM LOUNGE,** | ) ) ) |
| Defendant. | ) |

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

This matter having come before the Court by parties' Stipulation of Dismissal with Prejudice, and the Court having reviewed the same and being duly advised, now finds that it is **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that all claims against Defendant Shane G. Inc., d/b/a The Living Room Lounge in the above cause of action are dismissed with prejudice.

Date: 9/25/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Served Electronically on all ECF-registered counsel of record.